IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESUS EFRAIN LOPEZ FELIX,
ELVIS RAMIREZ BELTRAN,
GABRIEL RAMIREZ BELTRAN,
MARISSA LOPEZ FELIX,
JOSE ARMANDO LOPEZ FELIX,
JACIEL LOPEZ FELIX,
FAUSTINO ROMERO LEON,
ALBERTO LOPEZ CASTILLO,
JESUS ADRIAN RIOS RAMIREZ,

Defendants.

CASE NO. 1:26-MJ-00107-SAB

ORDER TO UNSEAL ARREST WARRANTS AND COMPLAINT

Defendants Elvis Ramirez Beltran, Gabriel Ramirez Beltran, Marissa Lopez Felix, Jose Armando Lopez Felix, Jaciel Lopez Felix, Faustino Romero Leon, Alberto Lopez Castillo, and Jesus Adrian Rios Ramirez have been arrested based on arrest warrants issued by a judicial officer in the Eastern District of California. The warrants were issued along with a criminal indictment that charges the defendants with Title 21 U.S.C. §§ 846, 841(a)(1) Conspiracy to manufacture, distribute, and possess with intent to distribute methamphetamine, a Schedule II controlled substance. Only Jesus Efrain Lopez Felix remains at large. Because these defendants have been arrested, and Jesus Efrain Lopez Felix appears to be aware that the other co-defendants were arrested this morning, there is no need for the complaint and arrest warrants to remain sealed. Accordingly, the criminal complaint and arrest warrants for all nine named defendants are now unsealed.

SO ORDERED.

Dated: September 17, 2026

Honorable Frank J. Singer
United States Magistrate Judge
Fresno, California